**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: March 11, 2026<br>Docket #: 25-1053<br>Short Title: Berkley Assurance Company v. FG-PH Corp. | DC Docket #: 1:22-cv-2109<br>DC Court: EDNY (BROOKLYN)<br>DC Judge: Trial Judge - Diane Gujarati |

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8565.